IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELBY COUNTY, ALABAMA<br><br>*Plaintiff*,<br>v.<br><br>ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America<br><br>*Defendant*,<br><br>EARL CUNNINGHAM, HARRY JONES, ALBERT JONES, ERNEST MONTGOMERY, ANTHONY VINES and WILLIAM WALKER; BOBBY PIERSON, WILLIE GOLDSMITH SR., KENNETH DUKES, MARY PAXTON-LEE, and the ALABAMA STATE CONFERENCE OF THE NAACP<br><br>*Defendant-Intervenors*. | Civil Action No. 1:10-CV-651<br>(JDB) |

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL

In accordance with Local Civil Rule 83.6(c), Kristen Clarke respectfully moves this court for an order withdrawing her appearance as counsel for Defendant-Intervenors Earl Cunningham, Harry Jones, Albert Jones, Earnest Montgomery, Anthony Vines and William Walker (the "Cunningham Intervenors").

The Cunningham Intervenors will continue to be represented by counsel from the NAACP Legal Defense and Educational Fund, Inc. and by Samuel Spital of Squire, Sanders & Dempsey, L.L.P.

2

For the foregoing reasons, Kristen Clarke respectfully requests that her Motion to Withdraw Appearance as Counsel for Plaintiffs be granted.

August 3, 2011

Respectfully submitted,

/s/ Kristen Clarke
Kristen Clarke*
NAACP LEGAL DEFENSE &
    EDUCATIONAL FUND, INC.
99 Hudson Street, Suite 1600
New York, NY 10013
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
kclarke@naacpldf.org